UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDGAR AVILA-NAJERA, <br><br> Defendants. | Criminal Case No. 11CR3853-GT <br><br> ORDER CONTINUING SENTENCING HEARING TO FEBRUARY 8, 2012, AT 9:30 A.M. |

<u>O R D E R</u>

Good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing in Criminal Case No. 11CR3853-GT is continued from December 21, 2011, at 9:30 a.m. to February 8, 2012, at 9:30 a.m.

DATED: 12-20-11

HONORABLE GORDON THOMPSON, JR.
United States District Court

FILED DEC 20 2011 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA